FILED
2016 APR -8 PM 1:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 1 CR16-0228 |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii): |
| MARSHA GAY REYNOLDS, | Possession with Intent to Distribute Cocaine] |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about March 18, 2016, in Los Angeles County, within the Central District of California, defendant MARSHA GAY REYNOLDS knowingly and intentionally possessed with intent to distribute at

//
//
//
//
//
//
//

least five kilograms, that is, approximately 26.94 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

*Scott Gaminger*
*Deputy Chief, Criminal Division for:*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime
Drug Enforcement Task Force
Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Organized Crime Drug Enforcement
Task Force Section