**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

FILED
2016 DEC -9 PM 12: 45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

Case Number  16-228(A)-CAS
U.S.A. v.  Marsha Gay Reynolds
Defendant Number
Year of Birth  1984
☐ Indictment   ☑ Information
Investigative agency (FBI, DEA, etc.)  FBI LOS ANGELES

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense  Date unknown - March 23, 2018
c. County in which first offense occurred
Los Angeles
d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
☑ Los Angeles        ☐ Ventura
☐ Orange             ☐ Santa Barbara
☐ Riverside          ☐ San Luis Obispo
☐ San Bernardino     ☐ Other _____

Citation of Offense  21 USC 846

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☐ No   ☐ Yes

IF YES   Case Number _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  3/23/16
Case Number  16-607M
Charging  21 USC 841(a)(1)

The complaint:   ☐ is still pending
☑ was dismissed on:  4/8/16

### PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☐ Yes
IF YES, provide Name: _____
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No
This is the  1st  superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
4/8/16
Case Number  16-228-CAS
The superseded case:
☑ is still pending before Judge/Magistrate Judge
Snyder
☐ was previously dismissed on _____
Are there 8 or more defendants in the superseding case?
☐ Yes*   ☑ No
Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  [ ] YES  [x] NO
IF YES, list language and/or dialect: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  [ ] Yes  [ ] No
d. Is on bail or release from another district: _____

**OTHER**

- [ ] Male  [x] Female
- [x] U.S. Citizen  [ ] Alien
- Alias Name(s): _____

This defendant is charged in:  [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [x] No
IF YES, should matter be sealed?  [ ] Yes  [x] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [x] narcotics offenses
- [ ] violent crimes/firearms
- [ ] Other _____
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

Defendant is **in** custody:
a. Place of incarceration:  [ ] State  [x] Federal
b. Name of Institution:  MDC
c. If Federal: U.S. Marshal's Registration Number: _____
d. [x] Solely on this charge. Date and time of arrest: 3/23/16
e. On another conviction:  [ ] Yes  [x] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [x] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  12/09/2016

Signature of Assistant U.S. Attorney
Reema M. El-Amamy
Print Name